USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
TYLER R. BARRISS

CRIMINAL NUMBER: 18-

18CR00733-PSG

FILED 2018 OCT 24 AM 11:02 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Tyler R. Barriss, defendant, have been informed that an (~~indictment~~, information, ~~complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the _____ District of Kansas in which I, Tyler R. Barriss, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: October 18, 20 18 at 10:41 AM

TB
*(Defendant)*

_____
*(Witness)*

Rich Federico, Assistant Federal Public Defender
*(Counsel for Defendants)*

Debra Barnett
*(Assistant United States Attorney)*

Approved

_____
United States Attorney for the
_____ District of
Kansas

_____
United States Attorney for the
Central _____ District of
California